**United States District Court**
**Northern District of New York**

# JUDGMENT

**CHUKWUMA E. AZUBUKO**

**Plaintiff**
VS.                                             **5:07-CV-1327 (NPM) (GJD)**

**COMMON PURPOSE, INC.**

**Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the plaintiff's application to proceed in forma pauperis is granted.  Further Ordered that the action is dismissed pursuant to 28 USC section 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(h)(3).  Any appeal of this matter would not be taken in good faith pursuant to 28 USC section 1915(a)(3).

All of the above pursuant to the Order of the Honorable Senior Judge Neal P. McCurn dated the 22nd day of January, 2007.

**JANUARY 24, 2008**                          **LAWRENCE K. BAERMAN**

**DATE**                                          **CLERK OF COURT**

                                                  **s/**

                                                  **JOANNE BLESKOSKI**
                                                  **DEPUTY CLERK**